LAW OFFICES OF JACQUES G. BRONZE
*A Professional Corporation*
Unit A, 151 W Harmon Industrial Park Rd
Tamuning, Guam 96913
Telephone: (671) 649-2392
FACSIMILE: (671) 649-2394

*Attorneys for Secured Creditor*
*Wells Fargo Financial Guam, Inc.*



**FILED**
DISTRICT COURT OF GUAM

MAR 05 2010

JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF GUAM

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. BC10-00015 |
| | ) | |
| PAMELA & ROEL DORION, | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| Debtors. | ) | |
| | ) | |

The Law Offices of Jacques G. Bronze, P.C. hereby enters its appearance on behalf of **WELLS FARGO FINANCIAL GUAM, INC.**, which is a secured creditor of debtors. Request is hereby made that the following name and address be added to the matrix maintained in the files of this case:

**WELLS FARGO FINANCIAL GUAM, INC.**
**c/o LAW OFFICES OF JACQUES G. BRONZE, P.C.**
Unit A, 151 W Harmon Industrial Park Rd
Tamuning, Guam 96913

Request is also hereby made that copies of all of the following documents, except those that have been previously sent, be mailed to the address set forth above: all pleadings, papers or notices required to be sent under Bankruptcy Rule 2002, and particularly clauses (2), (3) and (7) of Bankruptcy Rule 2002 (a), whether directed to parties in interest generally or to parties in interest specifically, and plans of reorganization and disclosure statements



ORIGINAL

required to be sent under Bankruptcy Rule 3017 (a). The foregoing request applies to documents mailed both before and after the date upon which proofs of claim may be filed.

**DATED** this 4th day of March, 2010.

                         **LAW OFFICES OF JACQUES G. BRONZE**
                         *A Professional Corporation*

By: _____
      JACQUES G. BRONZE